CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

August 22, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **GREGORY EUGENE JOHNSON,** ) | |
|     Plaintiff, ) | Civil Action No. 7:25cv00574 |
| ) | |
| v. ) | **OPINION and ORDER** |
| ) | |
| **CHRIS CHEATWOOD, et al.** ) | By: Robert S. Ballou |
|     Defendants. ) | United States District Judge |

Gregory Eugene Johnson, a Virginia inmate proceeding *pro se*, has filed a civil rights action against the defendants, Chris Cheatwood and Botetourt Self Storage, under 42 U.S.C. § 1983, alleging that defendant Cheatwood locked him in a hot storage locker for three hours at defendant Botetourt Self Storage. Upon preliminary review of this matter, as required by 28 U.S.C. § 1915A(a), I find that the Complaint fails to state a claim for which relief can be granted under § 1983.

Section 1983 provides a cause of action against a person who, acting *under color of state law*, violates the constitutional rights of another. 42 U.S.C. § 1983. A person is acting under state law when he or she is a public official or government employee exercising power possessed "by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." *Davison v. Randall*, 912 F.3d 666, 679 (4th Cir. 2019). Botetourt Self Storage is a private business, not a public official or government employee. Johnson alleges that Cheatwood is the manager at Botetourt Self Storage. He has not alleged any facts from which one could reasonably conclude that Cheatwood was acting under color of state law.

In the absence of state action, there is no jurisdiction for this action in federal court, although Johnson may have some remedy under state law enforceable in a proper state court. Because he has failed to state a claim for which relief may be granted, Johnson's Complaint is

**DISMISSED** under 28 U.S.C. § 1915A(b)(1), and this matter is **STRICKEN** from the docket of this court.

The Clerk is directed to send a copy of this Opinion and Order to Mr. Johnson.

Entered: August 22, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge